Petition of **KARINA T. CORPORATION** as Owner of the **FISHING VESSEL KARINA T.** in a Cause of Exoneration From and Limitation of Liability.

Bridget Barron, as Administratrix of the Goods, Chattels and Credits of James Barron, Deceased, Edith Davidson Grodem as Administratrix of the Goods, Chattels and Credits of David Davidson Grodem, Deceased, Inga Holbert, as Administratrix ad Prosequendum of the Estate of Rolf Holberg, Deceased, Anne Marie Jorgensen as Administratrix of the Goods, Chattels and Credits of Karl Jorgensen, Deceased, Josephine McGhie, as Administratrix ad Prosequendum of the Estate of John McGhie, Deceased, Evelyn Thorne, as Administratrix of the Goods, Chattels and Credits of Andrew Thorne, Deceased—Claimants, Appellants.

No. 15371.

United States Court of Appeals Third Circuit.

Argued Dec. 10, 1965.

Decided Jan. 4, 1966.

George J. Engelman, New York City, (John W. Noonan, Newark, N. J., on the brief), for appellants.

Frank C. Mason, New York City, (Parsons, Canzona, Blair & Warren, Red Bank, N. J., Mahar & Mason, New York City, on the brief), for appellee.

Before KALODNER, Chief Judge, and STALEY and FORMAN, Circuit Judges.

PER CURIAM:

In the instant case the District Court found that the losses described in the libel and petition were not caused by the design or neglect of the petitioner, Karina T. Corporation, and that they did not occur with the privity or knowledge of the said petitioner.

On review of the record we cannot say that it did not sustain the District Court's findings.

For the reasons stated the Decree of exoneration will be affirmed.

Peter S. SCHERCK, Appellant,

v.

UNITED STATES of America, Appellee.

No. 20277.

United States Court of Appeals Ninth Circuit.

Dec. 20, 1965.

Peter S. Scherck, in pro. per.

Cecil F. Poole, U. S. Atty., David R. Urdan, Jerrold Ladar, Asst. U. S. Attys., San Francisco, Cal., for appellee.

Before HAMLEY and BROWNING, Circuit Judges, and FOLEY, Sr., District Judge.

PER CURIAM:

The motion for leave to file a petition for judgment by default is granted.

The petition for judgment by default is denied.

The order of the district court denying the motion of Peter S. Scherck to vacate and set aside the sentence in United States v. Peter S. Scherck, No. 35992, in the Northern District of California, Southern Division, is affirmed for the reasons stated in the district court's memorandum and order entered on June 2, 1965, reported in 242 F.Supp. 445.